UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                *Plaintiff*,

    v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY E. EPSTEIN,

                *Defendants*.

Case No. 19 Civ. 8673

---

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 18, 2019, Plaintiff Jane Doe will move this Court in a courtroom to be designated at 500 Pearl Street, New York, New York, at such convenient time as counsel may be heard, pursuant to Federal Rules of Civil Procedure 10(a), for an Order permitting Plaintiff to proceed under a pseudonym in this action until such time as the Court may order her name disclosed, and for such other relief as the Court deems appropriate and just.

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b), any answering papers shall be served within fourteen days after service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

Dated: September 18, 2019                    Respectfully submitted,

*[signature]*

Roberta A. Kaplan
Julie E. Fink
Jenna M. Dabbs
Justin Horton
Alexandra K. Conlon (admission pending)

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
jdabbs@kaplanhecker.com
jhorton@kaplanhecker.com
aconlon@kaplanhecker.com


*Attorneys for Plaintiff Jane Doe*