Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

October 29, 2019

**ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein*, 1:19-cv-08673-KPF

Dear Judge Failla:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, "Defendants"), in the referenced action.  We write to clarify the record in response to Plaintiff's counsel's October 15, 2019 letter (ECF # 12) attaching a copy of an Order that the Hon. P. Kevin Castel issued in *Katlyn Doe v. Darren K. Indyke and Richard D. Kahn as Joint Personal Representatives of the Estate of Jeffrey E. Epstein, et al.*, 1:19-cv-0777.  Specifically, Judge Castel issued the aforementioned Order *ex parte*, before our clients timely appeared in *Katlyn Doe*.

In accordance with Your Honor's Order dated October 7, 2019 (ECF #10), Defendants will respond to Plaintiff's Motion to Proceed Under Pseudonym (ECF #3) by November 15, 2019.

Thank you for your attention to this matter.

Respectfully submitted,

s/Bennet J. Moskowitz
Bennet J. Moskowitz