# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

November 12, 2019

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Doe v. Indyke et al.,* No. 19-cv-8673-KPF (S.D.N.Y.)

Dear Judge Failla:

  As counsel for Plaintiff Jane Doe in the above-captioned action, we write to advise the Court of two recent decisions relevant to our Motion for Leave to Proceed Under Pseudonym (ECF No. 3). First, Judge Engelmayer in a related Epstein case granted the plaintiff's motion to proceed anonymously. *See Doe 17 v. Indyke et al.*, No. 19-cv-09610-PAE (S.D.N.Y. Nov. 8, 2019), ECF No. 25. Similarly, Justice George J. Silver of the New York State Supreme Court recently granted the plaintiff's motion to proceed anonymously in a case with similar allegations of sexual contact with a minor. *See ARK55 Doe v. Archdiocese of N.Y., et al.*, No. 950049/2019, (N.Y. Sup. Ct. N.Y. Cty. Nov. 4, 2019), NYSCEF Doc. No. 18. We have attached these decisions as Exhibits A and B, respectively.

                Respectfully submitted,

                Roberta A. Kaplan

cc: Counsel of Record