UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>    -v.-<br><br>DARREN K. INDYKE, and RICHARD D. KAHN,<br><br>       Defendants. | 19 Civ. 8673 (KPF) (DF)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

  The Court held a conference on December 11, 2019, at which Defendants informed the Court of their intention to file a motion to dismiss the complaint in this case. The parties shall adhere to the following briefing schedule for Defendants' motion to dismiss: Defendants' motion to dismiss is due **January 15, 2020**. Plaintiff's opposition is due **February 14, 2020**. Defendants' reply is due **February 28, 2020**.

  The Court will not stay discovery while the motion is pending. Discovery in this case will proceed in accordance with the discovery schedule set by Magistrate Judge Freeman.

  SO ORDERED.

Dated: December 11, 2019
     New York, New York

                  *Katherine Polk Failla*
                  _____
                   KATHERINE POLK FAILLA
                   United States District Judge