

Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com

---

**Bennet J. Moskowitz**
D: 212-704-6000
bennet.moskowitz@troutman.com


June 15, 2020

**VIA ELECTRONIC COURT FILING**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Jane Doe*, 1:19-cv-8673 (KPF) (DCF)

Dear Judge Freeman:

We represent Defendants in the above-referenced action. We write to further update the Court on the status of the voluntary, independent Epstein Victims' Compensation Program (the "Program"). As we previously advised, on June 3, 2020, the Probate Court of the U.S. Virgin Islands approved the Program. Immediately upon receipt of funding, the Program designers and administrator accelerated their efforts to commence operations. We are pleased to report that the Program will begin receiving formal claims filings on June 25. This information and other details are now available on the Program's official website: https://epsteinvcp.com.

Respectfully submitted,


*s/Bennet J. Moskowitz*
Bennet J. Moskowitz


cc: Counsel of Record (via ECF)