UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        *Plaintiff*,

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY E. EPSTEIN,

        *Defendants*.

Case No. 1:19-cv-08673-KPF-DCF

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION**  *DF*

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that:

    1.    The captioned action is hereby stayed pending Plaintiff's participation in the Epstein Victims' Compensation Program (the "Program").

    2.    Should the Plaintiff cease her participation in the Program for any reason (including but not limited to by declining any monetary settlement offered by the Program), the stay will be lifted within one week (seven calendar days) after Plaintiff provides Defendants with written notice of her intent not to participate in the Program.

    3.    After the lifting of the stay, if any, the Parties will confer on a schedule for the remaining discovery in this action.

109051463

Dated: July 29, 2020
    New York, New York

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP


By:  */s/ Bennet J. Moskowitz*
    Bennet J. Moskowitz
    875 Third Avenue
    New York, NY
    212.704.6000
    Bennet.moskowitz@troutman.com

*Attorneys for Darren K. Indyke and D. Richard Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein*


KAPLAN HECKER & FINK, LLP


By:  */s/ Roberta A. Kaplan*
    Roberta A. Kaplan
    Julie E. Fink
    Kate L. Doniger
    Alexandra K. Conlon
    350 Fifth Avenue, Suite 7110
    New York, NY 10118
    212.763.0883
    rkaplan@kaplanhecker.com
    jfink@kaplanhecker.com
    kdoniger@kaplanhecker.com
    aconlon@kaplanhecker.com

    *Attorneys for Plaintiff*

> The parties are directed to submit a joint status report no later than 8/14/2020.

Date: _____July 29\_\_\_, 2020
    New York, New York

*/s/ Debra Freeman*
HON. DEBRA C. FREEMAN
United States Magistrate Judge

2