# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

August 14, 2020

**VIA ECF**

Hon. Judge Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

        Re:    *Doe v. Indyke et al.,* No. 19-cv-8673-KPF (S.D.N.Y.)

Dear Judge Freeman:

    We write on behalf of all parties in the above-referenced action pursuant to this Court's Order dated July 29, 2020 (Doc. No. 92) to provide the Court with an update as to the status of a settlement.

    Two weeks ago, on July 29, 2020, the parties submitted a joint stipulation to this Court staying the matter pending Plaintiff's participation in the Epstein Victims' Compensation Program (the "Program"). There have been no changes to the parties' status since that time. The parties will notify the Court promptly if and when Plaintiff decides to cease her participation in the Program or, alternatively, to resolve her case through those means.

Respectfully submitted,

Roberta A. Kaplan

Bennet Moskowitz