UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the Estate of Jeffrey E. Epstein,<br><br>　　　　　　　　　　*Defendant*. | Case No. 19 Civ. 8673 (KPF) (DCF) |

**STIPULATION FOR DISMISSAL**

Plaintiff, JANE DOE, and Defendants, Darren K. Indyke and Richard D. Kahn, executors of the Estate of Jeffrey Epstein, by and through their undersigned counsel, hereby stipulate and agree that pursuant to Plaintiff's acceptance of an offer of compensation from the Epstein Victims' Compensation Program and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

_____
Roberta A. Kaplan
350 5th Avenue, Suite 7110
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com

*Counsel for Plaintiff Jane Doe*

_____
Molly S. DiRago
875 Third Avenue
New York, New York 10022
(212) 704-6000
molly.dirago@troutman.com

*Counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey Epstein*

Dated: November 12, 2020